# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 21, 2024

Chastidy Dillon-Amelung
DILLON-AMELUNG, LLC
P.O. Box 50227
Clayton, MO  63105

     RE:  24-1471  Elain Young v. United States

Dear Counsel:

     Enclosed is a copy of the dispositive order entered today in the referenced case.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

                                                            Stephanie N. O'Banion
                                                            Acting Clerk of Court

CRJ

Enclosure(s)

cc:     Allison Hart Behrens
        Clerk, U.S. District Court, Eastern District of Missouri
        Michael A. Reilly

        District Court/Agency Case Number(s):  4:16-cv-00045-HEA

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 24-1471
_____

Elain Kay Young

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-00045-HEA)
_____

**JUDGMENT**

Before SMITH, GRUENDER, and BENTON, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The motion to withdraw as counsel is granted.  The appeal is dismissed.

May 21, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Stephanie N. O'Banion